# LAW OFFICE OF CRYSTAL BURDEN, P.C.

26 COURT STREET • BROOKLYN, NY 11242
(718) 625-6052 • FAX (718) 222-1335
WWW.BURDENLAWFIRM.COM • CJBURDEN123@AOL.COM

May 9, 2022

Unites States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11242

              Re     Mendez v. USA et, al.
                    Docket NO.: 19 cv 1599 DLI -TAM

Dear Judge Irizarry:

I am in receipt of your order to appear before you for an in person conference on June 9, 2022. I regret to inform the Court that I cannot appear before you on that date without significant health risk for my person.

I am unable to appear before you in an open public forum due to my medical status and the medications that I current take on a weekly basis which allows me to be functional. Moreover, I would like to address the court ruling that I have committed professional misconduct in this matter . I am pained and concerned about the comments regarding my handling of this matter that are now part of the record. The plaintiffs will now seek redress from this attorney should the matter not be resolved in their favor. I am sorry to draw the Courts ire , but I have not had experience with Federal Tort cases. Furthermore, I have no experience litigating these matters under the climate that has gripped the Nation and the globe for the past two years with little to no resources. zd

I am thankful for whatever compassion, grace, and understanding the Court may manage to extend during these difficult times.

Regards,

*[signature]*

Crystal Burden, Esq.

Cc: US DOJ, Furman Kornfeld and Brennan, LLP.

THIS FIRM DOES NOT ACCEPT SERVICE OF LEGAL DOCUMENTS BY FACSIMILE